UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

DAN GEE and TANA GEE,

Plaintiffs,

v.

CITY OF WYANDOTTE,

Defendant.

Case No.: 24-cv-11868
Hon. Shalina D. Kumar
Mag. Elizabeth A. Stafford

RANDALL A. PENTIUK (P32556)
KERRY L. MORGAN (P32645)
Pentiuk, Couvreur & Kobiljak, P.C.
Attorney for Plaintiffs
2915 Biddle Avenue, Suite 200
Wyandotte, MI 48192
(734) 281-7100
rpentiuk@pck-law.com
kmorgan@pck-law.com

TIMOTHY S. FERRAND (P39583)
Cummings, McClorey, Davis & Acho, P.L.C.
Attorney for Defendant
19176 Hall Road, Suite 205
Clinton Township, MI 48038
(586) 228-5600
tferrand@cmda-law.com
tlange@cmda-law.com

**STIPULATION TO ENTRY OF PROTECTIVE ORDER REGARDING INFORMATION AND DOCUMENTS REGARDING DEFENDANT'S EQUIPMENT**

The parties hereto, through their respective counsel, hereby stipulate and agree to entry of the attached Protective Order.

/s/Randall A Pentiuk
RANDALL A. PENTIUK (P32556)
KERRY L. MORGAN (P32645)
Pentiuk, Couvreur & Kobiljak, P.C.
Attorney for Plaintiffs

/s/Timothy S. Ferrand w/consent
TIMOTHY S. FERRAND (P39583)
Cummings, McClorey, Davis & Acho, P.L.C.
Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

DAN GEE and TANA GEE,

Plaintiffs,

v.

CITY OF WYANDOTTE,

Defendant.

Case No.: 24-cv-11868
Hon. Shalina D. Kumar
Mag. Elizabeth A. Stafford

RANDALL A. PENTIUK (P32556)
KERRY L. MORGAN (P32645)
Pentiuk, Couvreur & Kobiljak, P.C.
Attorney for Plaintiffs
2915 Biddle Avenue, Suite 200
Wyandotte, MI 48192
(734) 281-7100
rpentiuk@pck-law.com
kmorgan@pck-law.com

TIMOTHY S. FERRAND (P39583)
Cummings, McClorey, Davis & Acho, P.L.C.
Attorney for Defendant
19176 Hall Road, Suite 205
Clinton Township, MI 48038
(586) 228-5600
tferrand@cmda-law.com
tlange@cmda-law.com

**PROTECTIVE ORDER REGARDING INFORMATION AND DOCUMENTS REGARDING DEFENDANT'S EQUIPMENT**

This matter having come before this Honorable Court upon the stipulation of the parties through their respective counsel, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that all information and documentation regarding the Yack Ice Arena air conditioning, cooling and dehumidification equipment, and related equipment, including model numbers and identifying information, provided by Defendants may only viewed by Plaintiffs, Plaintiffs'

Counsel, and the person(s)/entities engaged by Plaintiffs to for the purpose of determining whether sound deadening or noise reduction equipment may be added and/or retrofitted to the Yack Ice Arena. The information and documentation may not be shared with or viewed by any other person, for any other reason and may not be used for any other purpose.

**IT IS FURTHER ORDERED** that if the parties do not resolve this matter, Plaintiff can pursue the information through discovery (as the court directed). This protective order is not a determination of relevance or admissibility. Nevertheless, at the conclusion of this action, including appeals, counsel for Plaintiffs shall destroy all information and documents regarding Defendant's equipment, and shall designate in writing that all such information and documents have in fact been destroyed.

**IT IS FURTHER ORDERED** that this Stipulated Protected Order, the fact of its adoption or entry, and any provision therein shall not be admissible for any purpose of this action, except to the extent necessary to enforce its terms.

**IT IS SO ORDERED.**

Date: August 10, 2026

s/Shalina D. Kumar
Shalina D. Kumar
United States District Judge